IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY R. MALEK and
FARROKH MALEK,

    Defendants.

JUDGMENT

Case No. 06-cr-118-bbc

---

    This matter came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that pursuant to 28 U.S.C. § 3307(b)(1), plaintiff United States of America may recover judgment against defendant Farrokh Malek as transferee for the value of the Bella Vista Property, the 2003 Lexus, and the $6,500.00 in proceeds from the sale of the Four Winns boat made by Nancy Malek to Farrokh Malek.

    IT IS FURTHER ORDERED that judgment in the amount of $244,500.00 is entered against Farrokh Malek for the $210,000.00 value of the Bella Vista Property, the $28,000.00 value of the 2003 Lexus, and the $6,500.00 of the Four Winns boat proceeds.

Approved as to form this 9th day of January, 2009.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_          1/9/08
Peter Oppeneer          Date
Acting Clerk of Court