IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                                                        ORDER

                Plaintiff,

                                                                                                       06-cr-118-bbc

     v.

NANCY R. MALEK and
FARROKH MALEK,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing was held in this case on January 8, 2009, before United States District Judge Barbara B. Crabb. The government appeared by Heidi Luehring, Assistant United States Attorney. Defendant Nancy R. Malek was represented by Hal Harlowe and defendant Farrokh Malek was represented by Mark Eisenberg. Neither defendant appeared in person. I have entered an order allowing the United States to recover judgment against defendant Farrokh Malek as transferee in the amount of $244,500.00. The order is stayed pending resolution of defendant Farrokh Malek's contention that not all of the items sought are marital property and that he may have rights to some of the value of the assets that are the subject of the order. A hearing on that matter will be held on January 29, 2009, beginning

1

at 9:00 a.m. Counsel are to submit summaries of their expert reports to the court no later than the end of business on January 26, 2009.

This stay of execution is conditioned on defendant Farrokh Malek's not incurring any debt attributable to the properties that are the subject of the order or taking any steps to depreciate the value of the assets.

Entered this 8th day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge